IN THE SUPREME COURT OF NORTH CAROLINA

No. 296A14

FILED 10 April 2015

CARL H. POOLE, Employee

v.

UNIVERSITY OF NORTH CAROLINA, CHAPEL HILL,
            Employer,

SELF-INSURED
            (CORVEL MANAGEMENT SERVICES, Third-Party Administrator)


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 762 S.E.2d 223 (2014), affirming an opinion and award filed on 27 August 2013 by the North Carolina Industrial Commission. Heard in the Supreme Court on 17 March 2015.

*Law Offices of Martin J Horn, PLLC, by Martin J Horn, for plaintiff-appellee.*

*Roy Cooper, Attorney General, by Cathy Hinton Pope, Assistant Attorney General, for defendant-appellant.*


PER CURIAM.


AFFIRMED.